IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:21-CR-221 |
| JOHN DANIEL SANTOS (18) | § § | Judge Mazzant |

## FACTUAL BASIS

The defendant, **John Daniel Santos**, hereby stipulates and agrees that at all times relevant to the Information herein, the following facts were true:

1. That the defendant, **John Daniel Santos**, who is changing his plea to guilty, is the same person charged in the Information.

2. That the events described in the Information occurred in the Eastern District of Texas and elsewhere.

3. That the offense of conspiracy to knowingly and intentionally distribute, and posses with the intent to distribute methamphetamine was committed by some persons.

4. That the defendant knowingly and intentionally used at least one communication facility, a cellular telephone, to facilitate the conspiracy to distribute methamphetamine.

5. That specifically, the defendant used and assisted in the use of a cellular telephone to have conversations about methamphetamine trafficking with individuals involved in the conspiracy.

**Factual Basis – Page 1**

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and the Information and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 11/17/25

JOHN DANIEL SANTOS
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and the Information and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the First Superseding Indictment.

Dated: 11/17/25

RUSSELL KING
Attorney for the defendant